## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: JACK R. WRIGHT<br>DARLENE J. WRIGHT<br>FKA DARLENE J. RATHJEN | CASE NO.: 09-14929-DWH<br>CHAPTER 7 |
| US BANK, N.A.<br>VS | MOVANT |
| JACK R. WRIGHT<br>DARLENE J. WRIGHT | RESPONDENT |
| ALEX B. GATES | RESPONDENT |

### AGREED ORDER LIFTING AUTOMATIC STAY
### AND ABANDONING REAL PROPERTY

Considering the Motion for Relief from Automatic Stay and for Abandonment filed on behalf of US Bank, N.A. (dk#66), and the agreement between parties:

**IT IS HEREBY ORDERED** that the Automatic Stay is hereby lifted as to the property located at 4405 Fogg Road North Nesbit, MS 38651, on which US Bank, N.A., holds a Deed of Trust executed by the Debtors on December 21, 2007 in the amount of $288,000.00, whether this case is converted to another Chapter of Title 11 of the United States Code or in the event of any subsequent case filed by the Debtors under any Chapter of this Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the fourteen-day stay of an order lifting stay provided by Bankruptcy Rule 4001(a)(3) is hereby dispensed with and waived.

In Re: Jack R Wright & Darlene J Wright
Chapter 7
Case No.: 09-14929-DWH

**IT IS FURTHER ORDERED** that the Attorney Fees and Costs of $500.00 are allowed and may be assessed against the property outstanding balance due to owing to US Bank, N.A.

**IT IS FURTHER ORDERED** that the subject property located at 4405 Fogg Road North Nesbit, MS 38651 is hereby abandoned from the Estate.

**SO ORDERED**, this the 16 day of December, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE
DAVID W. HOUSTON III

APPROVED

See Attached
_____
Michael Jedynak
Attorney for Movant

_____
Robert Gambrell
Attorney for Debtor(s)

_____
Alex B. Gates, Trustee
Or Attorney for Trustee

Presented by:
Michael Jedynak, MSB# 103014
Morris and Associates
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020
mjedynak@ms.creditorlawyers.com

Jack R Wright
Darlene J Wright
Chapter 7
Case No.: 09-14929-DWH

**IT IS FURTHER ORDERED** that the Attorney Fees and Costs of $500.00 are allowed and may be assessed against the property outstanding balance due to owing to US Bank, N.A.

**IT IS FURTHER ORDERED** that the subject property located at 4405 Fogg Road North Nesbit, MS 38651 is hereby abandoned from the Estate.

**SO ORDERED**, this the _____ day of _____,2010.

_____
UNITED STATES BANKRUPTCY JUDGE
DAVID W. HOUSTON III

APPROVED
_____
Sean A. Southern
Attorney for Movant

See Attached
_____
Robert Gambrell
Attorney for Debtor(s)

See Attached
_____
Alex B. Gates, Trustee
Or Attorney for Trustee

Presented by:
Sean A. Southern, MSB# 103043
Morris and Associates
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020
ssouthern@ms.creditorlawyers.com

BK 2,857 PG 761

## EXHIBIT A

3.0 acres in the northeast quarter of the southeast quarter of Section 7, Township 2 South, Range 8 West, DeSoto County, Mississippi, more particularly described as follows:

Commencing at the intersection of the north line of the southeast quarter of said Section with the west right-of-way line of Fogg Road; thence south along said west line of Fogg Road a distance of 295.99 feet to the point of beginning; thence south 00 degrees 33 minutes 19 seconds west along said west line of Fogg Road a distance of 208.72 feet; thence south 89 degrees 26 minutes 40 seconds west a distance of 626.14 feet; thence north 00 degrees 33 minutes 19 seconds west a distance of 208.72 feet; thence north 89 degrees 26 minutes 40 seconds east a distance of 626.14 feet to the point of beginning and containing 3.0 acres.

**INDEXING INSTRUCTIONS:** A tract of land located in the SE ¼ of Section 7, Township 2 South, Range 8 West, DeSoto County, Mississippi.